160 A.3d 786

**ALBERT GALLATIN AREA SCHOOL DISTRICT, Avonworth School District, South Park School District, and West Allegheny School District, Respondents**

v.

**The PENNSYLVANIA CYBER CHARTER SCHOOL, Petitioner**

**No. 240 WAL 2016**

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.